# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments Only:  
P.O Box 1918  
Memphis, TN 38101-1918

March 26, 2010

Bankruptcy Court  
James T. Foley U.S. Courthouse  
445 Broadway, Suite 306  
Albany, New York 12207

Re:   01-16749         Johnny & Stacie Thompson

To Whom It May Concern:

Enclosed please find check #920649 in the amount of $3,163.00 representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

Claim No.           Debtor refund

Account#

Creditor            Johnny & Stacie Thompson  
                    345 Rte. 9W #2  
                    Glenmont, NY 12077

Very truly yours,

/s/Cheryl Corning  
Cheryl Corning  
Office of Andrea Celli